**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Godfrey HAMMEL and Pearl Hammel, Respondent.**

No. 8043.

Circuit Court of Appeals, Sixth Circuit.

April 18, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Eugene G. Smith, and Arthur A. Armstrong, all of Washington, D. C., for petitioner.

John J. Sloan, of Detroit, Mich., for respondents.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

It appearing from the record in the above-styled cause that the Supreme Court

of the United States on January 6, 1941, 61 S.Ct. 368, 85 L.Ed. ——, 131 A.L.R. 1481, reversed the order of this court of January 10, 1940, 108 F.2d 753, it is hereby ordered that the order of the Board of Tax Appeals herein be reversed and this cause remanded to the Board of Tax Appeals for further proceedings not inconsistent with the opinion of the Supreme Court in this action.